**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RIGOBERTO AGUILAR-TURCIOS,
                            *Petitioner*,

v.

ERIC H. HOLDER, JR., Attorney
General,
                            *Respondent*.

No. 06-73451

Agency No.
A045-301-132

ORDER

Filed September 10, 2013

Before: William A. Fletcher, Richard A. Paez,
and Jay S. Bybee, Circuit Judges.

**ORDER**

The opinion filed on August 15, 2012, and reported at
*Aguilar-Turcios v. Holder*, 691 F.3d 1025 (9th Cir. 2012), is
withdrawn. The opinion shall not be cited as precedent by or
to any court of the Ninth Circuit. A new opinion will be filed
in due course. As the court's opinion is withdrawn, the
government's petition for rehearing is moot.